PAUL J. CARTER
BERGKVIST, BERGKVIST & CARTER, LLP
400 Oceangate, Suite 800
Long Beach, CA 90802

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ZARIAN | | CASE NUMBER |
| | Plaintiff(s) | 8:18-cv-00933-DMG-JPR |
| v. | | |
| SLAVKO M. BENGIN, et al. | | MEDIATION REPORT |
| | Defendant(s). | |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): March 6, 2019

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) _____

Dated: April 3, 2019

_____
Signature of Mediator
PAUL J. CARTER
Name of Mediator (print)

The Mediator is to electronically file original document.